# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                               **PLAINTIFF**
**ADC #129780**

v.                              NO. 4:21-CV-00701-BSM

**BEN REEVES**                                                              **DEFENDANT**

## ORDER

David Patterson's motions to proceed *in forma pauperis* [Doc. Nos. 7, 9] are granted, but he must pay the full filing fee. No initial filing fee is assessed. The Administrator of the Lincoln County Detention Center, or his designee, is directed to send to the clerk of court payments from Patterson's prison trust account each time the amount in the account exceeds $10, until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by this case name and number. The clerk is directed to send a copy of this order to the Administrator of the Lincoln County Detention Center, 300 South Drew Street, Star City, AR 71667.

This case is stayed because Patterson may not proceed with this federal claims while his state criminal cases, *State v. Patterson*, 40CR-20-140 and 40CR-20-136, are pending. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999). Patterson can move to reopen this case after final disposition of his state criminal cases, including appeals. Any motion to reopen must be filed within sixty days of that final disposition. If Patterson does not file a timely motion to reopen or a status report by May 27, 2022, then this case may be dismissed without prejudice.

IT IS SO ORDERED this 9th day of November, 2021.

                                                                    UNITED STATES DISTRICT JUDGE