IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                                **PLAINTIFF**
ADC #129780

v.                          **CASE NO. 4:21-CV-00701-BSM**

**BEN REEVES**                                                                **DEFENDANT**
Sergeant, Lincoln County Police Dept.

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE